# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STARLAIN THOMPSON., | : | Case No. 3:22-cv-25 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| VETERANS ADMINISTRATION, | : | |
| Defendant. | : | |

## ORDER

This matter is before the parties' Joint Motion to Stay Discovery and Dispositive Motions Deadlines and Request for Mediation ("Motion"). Upon due consideration, the undersigned hereby **GRANTS** the Motion (Doc. #24) **IN PART**. The following dates in the scheduling order (Doc. #19) are amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **June 27, 2023** |
| Dispositive Motions: | **July 28, 2023** |
| Status Teleconference with District Judge Rose: | **July 20, 2023 at 10:30 a.m**. |

The remaining dates remain unaffected. An order referring this case to mediation will be issued separately.

**IT IS SO ORDERED.**

May 11, 2023

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge